IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| TORYN J. FOREMAN § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ZAMPELL REFRACTORIES, INC. § <br> § <br> Defendant. § | CIVIL ACTION NO. 1:21-CV-21 <br> JUDGE MICHAEL TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss. [Dkt. 16]. The Parties seek a dismissal with prejudice in this matter.

It is therefore ORDERED that the Parties' Joint Motion to Dismiss [Dkt. 16] is hereby GRANTED. This matter is DISMISSED WITH PREJUDICE and the Parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all Court dates and pending deadlines are hereby vacated and all pending motions in this matter be DENIED as moot.

**SIGNED this 2nd day of November, 2021.**

Michael J. Truncale
United States District Judge